IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**NASHVILLE UNDERGROUND, LLC.**

    **Plaintiff,**

**VS.**                                 **No 3:20-cv-00426**
                                             **JURY DEMANDED**

**AMCO INSURANCE COMPANY,**

    **Defendant.**

### DEFENDANT'S MOTION TO DISMISS

Comes now Defendant, AMCO INSURANCE COMPANY, by and through counsel of record, pursuant to Rule 12 of the Federal Rules of Civil Procedure, and moves this Court for an Order Dismissing Plaintiff's Amended Complaint. In support of its Motion, Defendant states that the damages alleged in Plaintiff's Complaint are not covered by the policy of insurance issued by Defendant to Plaintiff. In support of its Motion, Defendant relies upon the pleadings and the memorandum of law filed contemporaneously herewith.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

__s/Russell E. Reviere_____
Russell E. Reviere (BPR No. 07166)
Jonathan D. Stewart (BPR No. 023039)
Attorney for Defendant
209 East Main Street
P. O. Box 1147
Jackson, TN  38302-1147
(731) 423-2414
rreviere@raineykizer.com
jstewart@raineykizer.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was forwarded first class U.S. Mail, postage prepaid to

Kirk Clements
Attorney for plaintiff
105 Broadway, Suite 2
Nashville, TN 37201
kirk@kirkclemmentslaw.com

counselor of record for Plaintiff, and by electronic means via the Court's electronic filing system.

This the 9th day of June, 2020.

s/ Russell E. Reviere