UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NASHVILLE UNDERGROUND, LLC, | |
| Plaintiff, | Case No. 3:20-cv-00426 |
| v. | Judge Eli J. Richardson |
| AMCO INSURANCE COMPANY, | Magistrate Judge Alistair E. Newbern |
| Defendant. | |

## ORDER

By agreement of the parties, the telephone conference with the Magistrate Judge set for November 17, 2020 at 10:00 a.m. is CANCELLED.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge